**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

HUMBERTO ALEX VAIL HERNANDEZ,

      Petitioner,

v.                                       Case No. 2:25-cv-03061-MSN-tmp

BRIAN ACUNA, ET AL.,

      Respondents.

---

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND SERVE PETITION AND
DIRECTING RESPONDENT TO SHOW CAUSE**

---

Petitioner Humberto Alex Vail Hernandez, an alien detained in the West Tennessee Detention Facility in Mason, Tennessee, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ("§ 2241 Petition, ECF No. 1).

The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The proper respondent in this case is Scott Ladwig, the acting New Orleans Field Office Director for ICE Enforcement and Removal Operations.[1] The Clerk is **DIRECTED** to add Scott Ladwig as respondent and to terminate Brian Acuna, Trinity Minter, Todd Lyons, Kristi Noem, and Pamela Bondi as respondents.

---

[1]*See* Immigration and Custom Enforcement, https://www.ice.gov/news/releases/ice-places-detainer-illegal-alien-arrested-killing-teen-during-second-drunk-driving (last accessed Nov. 13, 2025); *see* Petition for Writ of Habeas Corpus, *Godinez-Lopez v. Ladwig, et al.*, No. 2:25-cv-02962-SHL-atc (W.D. Tenn. Oct. 17, 2025), ECF No. 1.

It is **ORDERED** that the Clerk serve a copy of the § 2241 Petition and this Order on Respondent Scott Ladwig[2] by certified mail and provide a copy of the § 2241 Petition and this Order to the United States Attorney for the Western District of Tennessee.  The Clerk shall also serve: (1) the United States Attorney for the Western District of Tennessee electronically at michael.dunavant@usdoj.gov, and (2) the Civil Chief of the United States' Attorney's Office electronically at stuart.canale@usdoj.gov.  Pursuant to Federal Rule of Civil Procedure 4(i), it is further **ORDERED** that the Clerk send copies of the § 2241 Petition and this Order by certified mail to U.S. Attorney General Pamela Bondi.

Pursuant to the Court's authority under the All Writs Act, 28 U.S.C. § 1651(a), Respondent is **ORDERED** not to remove Petitioner from the West Tennessee Detention Facility while the § 2241 Petition is pending.  *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

Given the issues raised in the § 2241 Petition, Respondent is **ORDERED** to show cause in writing within **three (3) days** why the § 2241 Petition should not be granted.  *See* 28 U.S.C. § 2243.  Respondent shall include in the return a thorough discussion of all facts and law relevant to the § 2241 Petition, including any claim that the petitioner must exhaust remedies.

Petitioner may file a reply within **three (3) days** of service of the return.  If the Petitioner asserts that there are issues of fact necessary to be addressed at a hearing, Petitioner shall inform the Respondent of those issues in the return.

A hearing date shall be set by separate order.  *See* 28 U.S.C. § 2243.

---

[2] The address for Enforcement & Removal Operations, New Orleans Field Office is 1250 Poydras, Suite 325, New Orleans, LA 70113.  *See*  New Orleans Field Office | ICE (last accessed Nov. 21, 2025).

**IT IS SO ORDERED**, this 21st day of November, 2025.

_s/ Mark S. Norris_
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE