**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

HUMBERTO ALEX VAIL HERNANDEZ,

     Petitioner,

v.                                        Case No. 2:25-cv-03061-MSN-tmp

BRIAN ACUNA, ET AL.,

     Respondents.

**ORDER DIRECTING EXPEDITED GOVERNMENT RESPONSE**

Petitioner filed a Motion to Enforce Class Certification (ECF No. 12, "Motion") on November 28, 2025. The parties are going to appear before the Court for a hearing on the merits of the Petition for Writ of Habeas Corpus (ECF No. 1) on December 1, 2025. Because of the Court's December trial commitments[1], the Court intends to take up the Motion during the December 1 hearing. Accordingly, the Government is hereby **ORDERED** to respond to Petitioner's Motion by 10:00 a.m. on December 1, 2025.

     **IT IS SO ORDERED**, this 28th day of November, 2025.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] There are three criminal matters scheduled to go to trial during December 2025. Accordingly, if the Court were to delay hearing on the habeas petition, Petitioner would not be heard until the first full week of January (at the earliest).