IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

HUMBERTO ALEX
VALI-HERNANDEZ,

    Petitioner,

v.                                            Case No. 2:25-cv-03061-MSN-tmp

SCOTT LADWIG, Acting New Orleans
Field Office Director for ICE
Enforcement and Removal Operations,

    Respondent.

**ORDER GRANTING MOTION TO WITHDRAW PETITION OF HABEAS CORPUS**

    Before the Court is Petitioner's Motion to Withdraw Petition for Writ of Habeas Corpus (ECF No. 25, "Motion"), filed March 9, 2026. Petitioner indicates that he "was issued a final order of removal," and "has waived appeal." (*Id.* at PageID 162.) He asks that the withdrawal be granted and that this case be terminated. Accordingly, Petitioner's Motion is **GRANTED**, and this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 9th day of March, 2026.

                                                        *s/ Mark S. Norris*
                                                        MARK S. NORRIS
                                                        UNITED STATES DISTRICT JUDGE